UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan A., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; and David Easterwood, Fort Snelling Field Office Immigration and Customs Enforcement, <br><br> Respondents. | No. 26-cv-0415 (SRN/EMB) <br><br><br> **ORDER TO SHOW CAUSE** |

Maria Miller, Martin Law, 7900 Xerxes Ave. S., Ste. 220, Bloomington, MN 55431, for Petitioner

Matthew Isihara, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

     Pursuant to the Court's January 21, 2026 Order [Doc. No. 5] granting Petitioner Juan A.'s Petition for a Writ of Habeas Corpus, the Court ordered that within seven days of the date of the Order, i.e., January 28, 2026, Respondents were to provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), or to immediately release him

1

from detention. Within ten days of the date of the Order, i.e., January 31, 2026, the parties were ordered to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to the Order, or if no bond hearing was held, to advise the Court regarding Petitioner's release.

Eleven days have now elapsed with no status update on the results of a bond hearing, or, if no bond hearing was held, on the status of Petitioner's release.

Therefore, **IT IS HEREBY ORDERED THAT**:

Respondents shall file a response to this Order, no later than February 13, 2026, showing cause why they shall not be held in contempt of Court for failing to comply with the Court's January 21, 2026 Order.

Dated: February 11, 2026                                s/Susan Richard Nelson
                                                        SUSAN RICHARD NELSON
                                                        United States District Judge